UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANTHONY CICE, :
: Civil Action No. 07-1833 (RMB)
      Petitioner, :
:
v. : **ORDER**
:
PAUL M. SCHULTZ, :
:
      Respondent. : **CLOSED**

    For the reasons set forth in the Opinion filed herewith,

IT IS on this __30th__ day of __August__, 2007,

    ORDERED that the § 2254 claim is DISMISSED WITHOUT PREJUDICE; and it is further

    ORDERED that no Certificate of Appealability shall be issued with respect to the § 2254 claim; and it is further

    ORDERED that the challenge to Petitioner's federal conviction is construed as a motion to vacate, set aside, or correct the sentence pursuant to 28 U.S.C. § 2255 and is TRANSFERRED to the U.S. District Court for the Eastern District of Pennsylvania; and it is further

    ORDERED that the Clerk of the Court shall effectuate the transfer on an expedited basis pursuant to 28 U.S.C. §§ 1406(a) and 1631, shall serve a copy of this Opinion and Order upon all parties, and shall close the file.

                                      Renée Marie Bumb
                                      United States District Judge